UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKEVIEW NEUROCARE PENNSYLVANIA, INC, | ) ) | CIVIL ACTION NO. 1:17-cv-0396 |
| Plaintiff | ) ) | (ARBUCKLE, M.J.) |
| v. | ) ) | |
| INDEPENDENCE BLUE CROSS, | ) | |
| Defendant | ) | |

ORDER ON MOTION TO DISMISS
(Doc. 5)

For the reasons stated in the court's memorandum issued this same day, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss (Doc. 5) is DENIED.

Date: October 5, 2017

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge